ACCEPTED
03-14-00578-CR
6527835
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 3:29:19 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00578-CR

COURT OF APPEALS

FOR THE

THIRD SUPREME JUDICIAL DISTRICT

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/17/2015 3:29:19 PM
JEFFREY D. KYLE
Clerk

---

**DANIEL RAYMOND VADNAIS,**
Appellant

**VS.**

**THE STATE OF TEXAS,**
Appellee

---

APPEAL FROM
THE 22ND JUDICIAL DISTRICT COURT
HAYS COUNTY, TEXAS
TRIAL COURT CAUSE NO. CR-13-0651

---

**MOTION FOR LEAVE TO FILE UNTIMELY APPELLEE'S BRIEF**

---

ORAL ARGUMENT IS
NOT REQUESTED

Whitney L. Borgman
Assistant Criminal District Attorney
712 S. Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
Ph: (512) 393-7600 / Fax: (512) 393-2246
State Bar No. 24082224
whitney.borgman@co.hays.tx.us
Attorney for the State of Texas

**TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:**

Now comes Appellee, the State of Texas, and files this Motion for Leave to File an Untimely Appellee's Brief, and in support states the following:

1. Appellee's Brief was due on July 31, 2015.

2. Attorney for the Appellee, Whitney L. Borgman began working for the Hays County District Attorney's Office on June 1, 2015 and attended CLE trainings July 20-24, 2015 and August 5, 2015 and was out of the office.

3. This Motion is not sought for delay, but so justice may be served.

4. For the foregoing reason, the undersigned attorney hereby requests leave to untimely files this Appellee's Brief pursuant to Texas Rules of Appellate Procedure, Rule 38.6, which provides modifications of filing time.

Respectfully submitted,

Whitney L. Borgman
Asst. Criminal District Attorney
Hays County Government Center
712 S. Stagecoach Trail, Suite 2057
San Marcos, Texas 78666
Ph: (512) 393-7600 / Fax: (512) 393-2246
State Bar No. 24082224
whitney.borgman@co.hays.tx.us
Attorney for the State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion has been e-delivered to:

Dal Ruggles
1103 Nueces
Austin, Texas 78701
dal@ruggleslaw.com

On this the 17th day of August, 2015.

Whitney L. Borgman
Asst. Criminal District Attorney